| | |
|---|---|
| PATRICK T. CONNOR, Bar No. 89136<br>pconnor@deconsel.com<br>MARGARET R. GIFFORD, Bar No. 118222<br>mgifford@deconsel.com<br>DeCARLO, CONNOR & SHANLEY<br>A Professional Corporation<br>533 S. Fremont Avenue, 9th Floor<br>Los Angeles, California 90071-1706<br>Telephone: 213/488-4100<br>Telecopier: 213/488-4180 | JS - 6 |

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>           Plaintiffs,<br>v.<br>DAVID PAUL MACKEY, an individual, doing business as DAVID MACKEY DRYWALL, a sole ownership; and DOES 1 through 10, inclusive,<br><br>           Defendant.<br>_____ | CASE NO. CV 08- 5922 R(PLAx)<br><br>REVISED [PROPOSED] JUDGMENT<br><br><br>Before the Honorable<br>    Manuel L. Real<br><br><br>DATE: April 6, 2009<br>TIME: 10:00 a.m.<br>CTRM: 8 |

This case came for hearing on April 6, 2009 before the Honorable Manuel L. Real, United States District Court Judge.

It appearing that defendants, DAVID PAUL MACKEY, an individual, doing business as DAVID MACKEY DRYWALL, a sole ownership, ("DEFENDANT") having been regularly served with process, having failed to

1  plead or otherwise defend this action and its default having been entered; on
2  application of the CARPENTERS SOUTHWEST ADMINISTRATIVE
3  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
4  SOUTHWEST TRUSTS, to the Court and after having considered the papers and
5  arguments submitted in support thereof, and good cause appearing therefore,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
7  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
8  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
9  have judgment as follows:

   <u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE
   CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
   SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST DAVID
   PAUL MACKEY, an individual, doing business as DAVID MACKEY
   DRYWALL, a sole ownership:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $154,323.48 |
| 2. | Liquidated damages based on original contributions | 17,356.04 |
| 3. | Audit Fees | 3,711.00 |
| 4. | Bank NSF charges | 45.00 |
| 5. | Attorneys' fees pursuant to Local Rule 55-3 | 7,221.64 |
| | GRAND TOTAL | $182,657.16 |
| 6. | Plus costs to be determined after entry of judgment. | |
| 7. | Pursuant to 28 U.S.C. §1961(a), this judgment | |

////

////

////

2

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS'S SECOND CLAIM FOR RELIEF AGAINST DAVID PAUL MACKEY, an individual, doing business as DAVID MACKEY DRYWALL, a sole ownership:</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

   a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period January 2009 through the present,

   b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

   c. A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

   d. Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

DATED: April 14, 2009

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford   4/13/09

3